**Robert TOWN, Plaintiff–Appellant,**

v.

**Alvin FODE, Defendant–Appellee.**

**No. 11–35039.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 27, 2012.

Robert Town, Busby, MT, pro se.

Colleen Elizabeth Ambrose, Montana Department of Corrections, Ira D. Eakin, Staff, Department of Corrections, Helena, MT, for Defendant–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Robert Town, a Montana state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that the defendant used excessive force against him. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004). We affirm.

The district court properly granted summary judgment because Town failed to raise a genuine dispute of material fact as to whether the alleged force was applied maliciously or sadistically to cause harm. *See Hudson v. McMillian*, 503 U.S. 1, 7, 112 S.Ct. 995, 117 L.Ed.2d 156 (1992) (explaining that "the core judicial inquiry is . . . whether force was applied in a good-faith effort to maintain or restore discipline, or maliciously and sadistically to cause harm").

Town's remaining contentions are unpersuasive.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.